IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEREK HAYES, | CIVIL 14-00158 DKW-RLP |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | |
| RAYMOND MABUS, SECRETARY DEPARTMENT OF THE NAVY, | |
| Defendant. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 7, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that (1) Plaintiff's Application to Proceed Without Prepayment of Fees Be Denied and (2) Plaintiff's Request for Appointment of Counsel be Denied" are adopted as the opinion and order of this Court. The Court acknowledges that Plaintiff paid the filing fee on April 21, 2014. However, his

Application to Proceed Without Prepayment of Fees is not moot and the Court ADOPTS the Findings and Recommendation in its entirety.

IT IS SO ORDERED.

DATED: April 25, 2014, Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

Derek Hayes v. Raymond Mabus, Secretary of the Department of Navy; Civil No. 14-00158 DKW-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION